**Order Filed on September 4, 2015
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>Raymond J. Spraggins, Jr. | Case No.: | 13-28807-ABA |
|---|---|---|
| | Chapter: | 7 |
| | Hearing Date: | August 26, 2015 |
| | Judge: | Andrew B. Altenburg, Jr. |

| In Re:<br><br>Kathy G. Cheatham | Case No.: | 14-29130-ABA |
|---|---|---|
| | Chapter: | 7 |
| | Hearing Date: | August 26, 2015 |
| | Judge: | Andrew B. Altenburg, Jr. |

| In Re:<br><br>Kathy A. Prendergast | Case No.: | 14-35351-ABA |
|---|---|---|
| | Chapter: | 7 |
| | Hearing Date: | August 26, 2015 |
| | Judge: | Andrew B. Altenburg, Jr. |

**ORDER OVERRULING RESPONSES AND OBJECTIONS TO NOTICE OF
FUNDS ON HAND IN CASES CONVERTED FROM CHAPTER 13 TO CHAPTER 7**

The relief set forth on the following page is hereby **ORDERED.**

**DATED: September 4, 2015**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

*In re Raymond J. Spraggins, Jr.; Case No. 13-28807-ABA*
*In re Kathy G. Cheatham; Case No. 14-29130-ABA*
*In re Kathy A. Prendergast; Case No. 14-35351-ABA*
*ORDER OVERRULING RESPONSES AND OBJECTIONS TO NOTICE OF*
*FUNDS ON HAND IN CASES CONVERTED FROM CHAPTER 13 TO CHAPTER 7*
Page | 2

---

**THIS MATTER** having originally come before the court in the above-captioned matters through Responses and/or Objections to the Notice of Funds on Hand in Cases Converted From Chapter 13 to Chapter 7 filed by Isabel C. Balboa, the chapter 13 trustee (the "Standing Trustee") in each of the cases, and after considering the arguments and submissions of the parties, and for the reasons set forth in its Memorandum Decision filed simultaneously herewith, and for good cause shown; it is

**ORDERED** that Debtors' Responses and Objections to Notice of Funds on Hand in Cases Converted From Chapter 13 to Chapter 7 shall be and are hereby **OVERRULED.**

**IT IS FURTHER ORDERED** that all funds on hand held by the Standing Trustee shall be promptly returned to the Debtor(s).

The court reserves the right to revise its findings of fact and conclusions of law.